IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DION MATHEWS,

    Plaintiff,

v.

CAPTAIN LEBBEUS BROWN,
JON E. LITSCHER, GARY
BOUGHTON, MARK KARTMAN,
ELLEN RAY, JOSEPH
CICHANOWICZ, and
CAPTAIN MICHAEL HANFELD,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-650-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/5/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |