```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WISCONSIN
```

Dion Matthews,
         Plaintiff

V.                                          Case No.16-cv-650

Lebbeus Brown,et al.,
         Defendant's.

---

              NOTICE OF APPEAL TO THE 7th CIRCUIT COURT OF
        APPEALS FROM A JUDGMENT OF ORDER OF THE WESTERN DISTRICT.

---

   Now Comes,the plaintiff,Dion Matthews,proceeding herein,pro-se,
pursuent to Appeal the Judgment of the Western District Court of
Wisconsin,against the above named Defendant's.

         Notice is given to the Defendant's that Matthews,Dion in
the above case is hereby appealing the judgment of the Western
District of Wisconsin to the 7th Circuit Court from the final
Judgment that was entered on March 5th,2018.

                                        Respectfully Submitted,

Dated this  25  day of  March ,2018.


                                   _____
                                   Dion Matthews #254399
                                   (WSPF)P.O.Box 9900
                                   Boscobel,Wis. 53805